UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GUSTAVUS MITCHELL,<br><br>　　　　　Plaintiff,<br>v.<br>LRE OF NEVADA, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01521-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 28) |

This matter is before the court on the Substitution of Attorneys (ECF No. 28). Howard C. Kim, Diana S. Ebron, Karen L. Hanks, and Jason G. Martinez of Kim Gilbert Ebron seek leave to be substituted in the place of J. Christopher Jorgensen of Lewis Roca Rothgerber Christie LLP for defendants LRE of Nevada, LLC and HLS of Nevada, LLC. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 28) is **GRANTED**.
2. Howard C. Kim, Diana S. Ebron, Karen L. Hanks, and Jason G. Martinez of Kim Gilbert Ebron are substituted in the place of J. Christopher Jorgensen of Lewis Roca

/ / /
/ / /
/ / /
/ / /

Rothgerber Christie LLP for defendants LRE of Nevada, LLC and HLS of Nevada, LLC, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 2nd day of February, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE