Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUSTAVUS MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LRE OF NEVADA, LLC d/b/a RIGHTSIZE FUNDING; and HLS OF NEVADA, LLC d/b/a NEVADA WEST FINANCIAL,<br><br>Defendants. | Case No.: 2:17-cv-01521-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF LRE OF NEVADA, LLC D/B/A RIGHTSIZE FUNDING; AND HLS OF NEVADA, LLC D/B/A NEVADA WEST FINANCIAL, WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant LRE of Nevada, LLC dba RightSize Funding; and HLS of Nevada, LLC dba Nevada West Financial., from the above captioned action.

with prejudice.  Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 3rd day of July, 2018.

| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Karen L. Hanks* <br> Howard C. Kim, Esq. <br> Nevada Bar No. 10386 <br> Diana S. Ebron, Esq. <br> Nevada Bar No. 10580 <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> Jason G. Martinez, Esq. <br> Nevada Bar No. 13375 <br> KIM GILBERT EBRON <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br> Email: howard@kgelegal.com <br> Email: diana@kgelegal.com <br> Email: karen@kgelegal.com <br> Email: jason@kgelegal.com <br><br> *Counsel for LRE of Nevada, LLC doing business as RightSize Funding; and HLS of Nevada, LLC doing business as Nevada West Financial* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF LRE OF NEVADA, LLC dba RIGHTSIZE FUNDING; and HLS OF NEVADA, LLC dba NEVADA WEST FINANCIAL WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this __5th_ day of ___July,__ 2018.

STIPULATION OF DISMISSAL OF LRE OF NEVADA, LLC D/B/A RIGHTSIZEFUNDING; AND HLS OF NEVADA, LLCD/B/A NEVADA WEST FINANCIAL, WITH PREJUDICE - 2